PROB 12C - (Rev. D/NM-8/2014)                                                                                                    2533173

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Amended Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Willie Griffin |
| Docket Number: | 1084 1:16CR02366 -001MV |
| Assigned Judge: | Honorable Martha Vazquez, United States District Judge |
| Date of Original Sentence: | 2017-02-28 |
| Original Offense: | 21 U.S.C. 841(a)(1): Distribution of 50 grams and more of a Mixture and Substance containing Methamphetamine; Aiding and Abetting |
| Original Sentence: | BOP: 377 days or time served; TSR: 4 years |
| Date Supervision Recommenced: | 11/09/2018 |
| Date Supervision Expires: | 03/08/2022 |
| Other Court Action: | 10/10/2017 – Petition to Revoke Supervised Release for failing to successfully complete Delancey Street inpatient program.  06/05/2018 – Admitted violations and was sentenced to 8-months custody with a 40-month term of Supervised Release. |
| | 07/23/2019 – Notice of Non-Compliance with no court action recommended for use of alcohol.  07/30/2019 – Court concurred with no further action at this time. |
| | 03/30/2020 – Notice of Non-Compliance with no court action recommended for use of alcohol.  04/07/2020 – Court directed probation office to submit Petition for Revocation of Supervised Release and request for a Summons. 04/09/2020 – Petition to Revoke Supervised Release filed and a Summons issued.  06/08/2020 – Initial Appearance held and he was released on current conditions. |

## PETITIONING THE COURT

To issue a summons.

U.S. Probation Officer of the Court, Jason Towne, alleges the offender has violated the following condition(s) of supervised release.

| *Violation Type* | *Nature of Noncompliance* |
|---|---|
| SPC | **You must not use or possess alcohol.** |
| | On March 21, 2020, the defendant submitted a breath screen through the SCRAM alcohol monitoring device which resulted in a positive BAC of 0.032.  During discussion, Mr. Griffin denied the use of alcohol as evidenced by incident report prepared by SCRAM Alcohol Monitoring.  However, on June 16, 2020, he admitted he drank alcohol. |

**Amended**

**You must not use or possess alcohol.**

On June 16, 2020, the defendant submitted a breath screen through the SCRAM alcohol monitoring device which resulted in a positive BAC of 0.036. During discussions, Mr. Griffin admitted to the use of alcohol as evidenced by incident report prepared by SCRAM Alcohol Monitoring.

The maximum statutory penalty:  3 years imprisonment; 4 years to life supervised release.
The revocation range of imprisonment:  8 to 14 Months (Grade C Violation and CHC of VI).

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 06/22/2020.

Submitted:                              Approved:                    ☒Phone Approval

*/s/ Jason Towne*

Jason Towne                             Jack Burkhead
Senior U.S. Probation Officer           (505) 346-7274
Cell #: 505-366-1422                    Assistant U.S. Attorney

                                        Date: 06/22/2020